## Case Information

# Orb Energy Co. vs. Bitmain Technologies Georgia Limited, Jamieson Zaniewski

25-F-0135

**Location**
Matagorda County - 130th District Court

**Case Category**
Civil - Other Civil

**Case Type**
Debt/Contract - Debt/Collection

**Case Filed Date**
4/7/2025

**Judge**
Fortenberry, Denise M

**Case Status**
Open (Filed)

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|---|---|---|---|
| Plaintiff | Orb Energy Co. | | Ky Jurgensen, ~~Lynn J Klement~~ |
| Defendant | Bitmain Technologies Georgia Limited | | Kasi Chadwick |
| Defendant | Jamieson Zaniewski | | Ky Jurgensen |

## Hearings [9]

| Date/Time | Hearing Type | Judge | Location | Result |
|---|---|---|---|---|
| 4/14/2025 09:00 AM | Civil | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 4/28/2025 09:00 AM | Civil | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 7/14/2025 09:00 AM | Z-Submission | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 7/14/2025 09:00 AM | Civil | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 7/31/2025 09:00 AM | Z-Return for Review | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 8/11/2025 09:00 AM | Civil | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 3/9/2026 09:00 AM | Z-Return for Review | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 3/16/2026 09:00 AM | Civil | Fortenberry, Denise M | 130th District Court / 130th District Court | |
| 4/6/2026 09:00 AM | Trial | Fortenberry, Denise M | 130th District Court / 130th District Court | |

## Events [66]

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 4/7/2025 | Filing | PETN | Plaintiff's Original Petition | 2025.04.07 Complaint.pdf, Exhbit 3-3.pdf, Exhibit 1-1.pdf, Exhibit 2-2.pdf |
| 4/8/2025 | Filing | OF | Request for Issuance of Citation to Cogency Global, Inc. | Request for Issuance re Cogency Global, Inc..pdf |
| 4/8/2025 | Filing | pe | Plaintiff's Verified Original Petition for Injunctive Relief (25-F-0141) | Petition.pdf, Petition.pdf, Petition.pdf, Petition.pdf, Petition.pdf, Petition.pdf, Petition.pdf |
| 4/8/2025 | Filing | APPLIC | Application for Temporary Restraining Order & Temporary Injunction (25-F-0141) | Application.pdf, Application.pdf |

**EXHIBIT 1**

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 4/8/2025 | Filing | TROR | (25-F-0141) | Temporary Restraining Order.pdf |
| 4/8/2025 | Filing | Pross | (25-F-0141) | Process Request Form.pdf |
| 4/8/2025 | Filing | Pross | (25-F-0141) | Process Request Form.pdf |
| 4/9/2025 | Filing | RFC | | matagordarequest.pdf, Request for Copies.pdf |
| 4/9/2025 | Filing | CITI | Corporation Service Company-Orb Energy Co. (25-F-0141) | Citation Issued.pdf |
| 4/9/2025 | Filing | CITI | Jamieson Zaniewski aka Jamieson Hill (25-F-0141) | Citation Issued.pdf |
| 4/10/2025 | Service | Citation | - | - |
| 4/10/2025 | Service | Citation | - | - |
| 4/10/2025 | Service | Citation | - | - |
| 4/10/2025 | Filing | CITI | Bitmain Technolgies Georgia Limited | Citation Issued.pdf, Citation Issued.tif |
| 4/10/2025 | Filing | N | Notice of Oral Hearing | 2025.04.10 Notice of Hearing.pdf |
| 4/10/2025 | Filing | MOT | Plaintiff's Motion to Consolidate | 2025.04.10 Pla's Motion to Consolidate.pdf |
| 4/10/2025 | Filing | ECC | Amended Temp. Restraining Order (25-F-0141) | Email to Parties from 130th Court Coordinator.pdf |
| 4/10/2025 | Filing | MforC | Emergency Motion for Issuance of a Show Cause Order, Motion for Contempt and Motion for Sanctions (25-F-0141) | Motion for Contempt.pdf, Motion for Contempt.pdf, Motion for Contempt.pdf, Motion for Contempt.pdf |
| 4/10/2025 | Filing | TROR | Amended Temporary Restraining Order (25-F-0141) | Temporary Restraining Order.pdf |
| 4/14/2025 | Hearing | Civil | - | - |
| 4/14/2025 | Filing | OTCO | Order Granting Motion to Consolidate | Order to Consolidate.pdf, Order to Consolidate.tif |
| 4/14/2025 | Filing | N | Amended Notice of Hearing for Temporary Injunction | Amended Notice of Hearing for Temporary Injunction.pdf |
| 4/14/2025 | Filing | DOA | Orb, Energy Co. and Jamieson Zaniewski (25-F-0141) | Defendant's Original Answer.pdf |
| 4/14/2025 | Filing | NOH | Amended Notice of Hearing on Temporary Injunction; April 28, 2025 at 9:00 a.m. (25-F-0141) | Notice of Hearing.pdf |
| 4/14/2025 | Filing | DKS | 25-F-0141) | Docket Sheet.pdf |
| 4/25/2025 | Filing | AP | PLAINTIFF???S FIRST AMENDED PETITION | 2025_04_24 - 1st Amd POP v2 .pdf, Ex 1 - Hosting Sale Agmt.pdf, Ex 2 - Hosting Service Agt.pdf |
| 4/28/2025 | Hearing | Civil | - | - |
| 4/28/2025 | Filing | AN | Subject to Bitmain's Arbitration Rights Bitmain's Answer to Orb's First Amended Petition | Subject to Bitmain's Arbitration Rights Bitmain's.pdf |
| 4/29/2025 | Filing | N | Witness list | Notice.tif |
| 4/30/2025 | Filing | LtClerk | Cover Letter Transmitting Bitmain's Proposed TI | Cover Letter Transmitting Bitmain's Proposed TI.pdf, Proposed Temporary Injunction.pdf |
| 5/6/2025 | Filing | TemI | | Temporary Injection.pdf, Temporary Injection.tif |
| 5/13/2025 | Filing | N | Notice of Change of Firm Affiliation and Service Address | 2025_05_13 - Notice of Address Change.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 6/16/2025 | Filing | N | Notice of Change of Address | 2025_06_16 - Notice of Change of Address.pdf |
| 7/1/2025 | Filing | MOT | Motion to Extend Temporary Injunction | 2025.07.01 Verified Motion to Extend TI -Orb Energy.pdf |
| 7/2/2025 | Filing | N | Notice of Hearing- Orb Energy | Notice of Hearing- Orb Energy.pdf |
| 7/2/2025 | Filing | N | 2025.07.02 Ltr to Judge Fortenberry re Emergency Hrg | 2025.07.02 Ltr to Judge Fortenberry re Emergency Hrg.pdf |
| 7/3/2025 | Filing | AN | Response to Orb's Letter | Response Letter re TI Status Conference.pdf |
| 7/3/2025 | Filing | ECC | | Email to Parties from 130th Court Coordinator.tif |
| 7/3/2025 | Filing | DCO3 | | Docket Control Order - Level 3.tif |
| 7/7/2025 | Filing | MOT | Motion | Ex. A.pdf, Ex. B.pdf, Motion for Reconsideration.pdf, Order Granting Motion for Reconsideration .pdf |
| 7/8/2025 | Filing | N | Bitmain Technologies Georgia Limited's Notice of Hearing | Bitmain Technologies Georgia Limited's Notice of H.pdf |
| 7/8/2025 | Filing | AP | First Amended Notice of Hearing | 2025.07.08 First Amended Notice of Hearing.pdf |
| 7/10/2025 | Filing | AN | Response to Motion for Reconsideration -Orb Energy | Response to Motion for Reconsideration -Orb Energy.pdf |
| 7/14/2025 | Hearing | Z-Submission | - | - |
| 7/14/2025 | Hearing | Civil | - | - |
| 7/18/2025 | Filing | MOT | Post July 14 Hearing Letter Brief | 7 - Order Clarifying Temporary Injunction.pdf, 8 - Reaffirmation of Termination.pdf, Ex. 1 Tri-Star Petroleum Co v Tipperary Corp.pdf, Ex. 2 Taiwan Shrimp Farm Village Assn Inc .pdf, Ex. 3 - Petition.pdf, Ex. 4 T.R.O..pdf, ex. 5 Order Denying Motion to Modify.pdf, Ex. 6 - .pdf, Letter Brief.pdf |
| 7/18/2025 | Filing | OF | Ltr to Judge Fortenberry re Proposed Order | Ltr to Judge Fortenberry re Proposed Order.pdf |
| 7/24/2025 | Filing | MOT | Bitmain's Motion for Issuance of a Show Cause Order, Motion for Contempt, and Motion for Sanctions | Bitmain's Motion for Issuance of a Show Cause Orde.pdf, Bitmain's Proposed Show Cause Order.pdf, Exhibit 1.pdf, Exhibit 2.pdf, Exhibit 3.pdf, Exhibit 4.pdf, Exhibit 5.pdf, Exhibit 6.pdf |
| 7/24/2025 | Filing | N | Bitmain's Notice of Hearing | Bitmain's Notice of Hearing.pdf |
| 7/25/2025 | Filing | OR | Clarifying Temporary Injunction | Order.pdf, Order.tif |
| 7/25/2025 | Filing | ECC | Order Clarifying Temp. Injunction | Email to Parties from 130th Court Coordinator.tif |
| 7/28/2025 | Filing | MOT | Motion to Withdraw | 2025.07.28 Motion to Withdraw.pdf |
| 7/28/2025 | Filing | NOSUB | | 2025.07.28 Notice of Submission -Motion to Withdraw.pdf |
| 7/31/2025 | Hearing | Z-Return for Review | - | - |
| 8/4/2025 | Filing | N | Notice of Hearing on Bitmain's Motion to Enforce Court Orders, Request for Sanctions, and Application for Special Writ | Notice of Hearing on Bitmain's Motion to Enforce C.pdf |
| 8/4/2025 | Filing | MOT | Bitmain's Emergency Motion to Enforce Court Orders, Request for Sanctions, and Application for Special Writ | Appendix in Support of Bitmain's Motion to Enforce.pdf, Bitmain's Emergency Motion to Enforce Court Orders.pdf, Exhibit A.pdf, Exhibit B.pdf, Exhibit C.pdf, Exhibit D.pdf, Exhibit E.pdf, Exhibit F.pdf, Exhibit G.pdf, Exhibit H - AEO.pdf, Exhibit I - AEO.pdf, Exhibit J.pdf, Exhibit K.pdf, Exhibit L.pdf, Exhibit M.pdf, Exhibit N.pdf, Exhibit O.pdf, Exhibit P.pdf, Exhibit Q - AEO.pdf, Proposed Order on Bitmain's Emergency Motion to En.pdf |
| 8/5/2025 | Filing | N | Notice of Suggestion of Bankruptcy | 2025_08_05 - Suggestion of Bankruptcy.pdf, Ex A.pdf |

| Date | Event | Type | Comments | Documents |
|---|---|---|---|---|
| 8/6/2025 | Filing | MOT | Letter Brief on Automatic Stay | KAJ ltr Judge Fortenberry re BR Stay v2.pdf |
| 8/6/2025 | Filing | OMWC | Lynn J. Klement | Order on Motion to Withdrawal Counsel.pdf, Order on Motion to Withdrawal Counsel.tif |
| 8/6/2025 | Filing | LTTR | Letter to Judge Fortenberry | 2025.08.26 Ltr to Judge re Automatic Stay.pdf |
| 8/6/2025 | Filing | MOT | Letter to Judge Fortenberry re Bylaws and Indemnity | 2025_08_06 - Ltr to Judge Fortenberry re Bylaws.pdf |
| 8/8/2025 | Filing | RFC |  | Request for Copies.tif |
| 8/11/2025 | Hearing | Civil | - | - |
| 3/9/2026 | Hearing | Z-Return for Review | - | - |
| 3/16/2026 | Hearing | Civil | - | - |
| 4/6/2026 | Hearing | Trial | - | - |

© 2025 Tyler Technologies, Inc. | All Rights Reserved
Version: 2025.4.5.1358

