IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Orb Energy Co.,** | § | **Case No. 25-80363** |
| | § | |
| *Debtor.* | § | |
| _____ | § | |
| | § | |
| **Orb Energy Co.** | § | |
| | § | |
| *Plaintiff/Counter-Defendant,* | § | **Adv. No. 25-08003** |
| | § | |
| v. | § | |
| | § | |
| **Bitmain Technologies Georgia Limited,** | § | |
| | § | |
| *Defendant/Counter-Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| **Jamieson Zaniewski a.k.a. Jamieson Hill,** | § | |
| | § | |
| *Third-Party Defendant.* | § | |

### BITMAN TECHNOLOGIES GEORGIA LIMITED'S INDEX OF STATE COURT RECORDS

**Exhibit 1**: Plaintiff's Original Petition

**Exhibit 2**: Verified Emergency Application for Temporary Restraining Order and Temporary Injunction

**Exhibit 3**: Plaintiff's Verified Original Petition for Injunctive Relief

**Exhibit 4**: Request for Issuance of Citation on Jamieson Zaniewski

1

**Exhibit 5:**   Request for Issuance of Citation on Orb Energy Co.

**Exhibit 6:**   Temporary Restraining Order

**Exhibit 7:**   Citation issued to Jamieson Zaniewski

**Exhibit 8:**   Amended Temporary Restraining Order

**Exhibit 9:**   Plaintiff Orb Energy Co.'s Motion to Consolidate

**Exhibit 10:**   Notice of Hearing on Motion to Consolidate

**Exhibit 11:**   Plaintiff's Emergency Motion for Issuance of a Show Cause Order, Motion for Contempt, and Motion for Sanctions

**Exhibit 12**:   Defendants' Verified Original Answer and Affirmative Defenses

**Exhibit 13:**   Amended Notice of Hearing on Temporary Injunction

**Exhibit 14:**   Order Granting Motion to Consolidate

**Exhibit 15**:   Bitmain's Bench Brief on Status Quo and Return of Property

**Exhibit 16**:   Plaintiff's First Amended Petition

**Exhibit 17:**   Subject to Bitmain's Arbitration Rights, Bitmain's Answer to Orb's First Amended Petition

**Exhibit 18**:   Cover letter from Attorney Chadwick dated April 30, 2025 with proposed temporary injunction attached

**Exhibit 19**:   Temporary Injunction

**Exhibit 20**:   Notice of Change of Firm Affiliation and Service Address

**Exhibit 21:**   Notice of Change of Address

**Exhibit 22**:   Verified Motion to Extent Temporary Injunction

**Exhibit 23:**   Letter from Attorney Jurgensen dated July 2, 2025

**Exhibit 24**:   Notice of Hearing on Motion to Extend Temporary Injunction

**Exhibit 25:**  Docket Control Order

**Exhibit 26**:  Order to Extend Temporary Injunction

**Exhibit 27**:  Letter from Attorney Chadwick dated July 3, 2025

**Exhibit 28**:  Bitmain's Motion for Reconsideration of Temporary Injunction Extension

**Exhibit 29:**  Notice of Hearing on Motion for Reconsideration

**Exhibit 30:**  First Amended Notice of Hearing on Motion for Reconsideration

**Exhibit 31:**  Response to Motion for Consideration

**Exhibit 32**:  Letter from Attorney Chadwick – Supplemental Letter Brief dated July 18, 2025

**Exhibit 33**:  Letter from Attorney Jurgensen dated July 18, 2025 with proposed Order attached

**Exhibit 34**:  Order Clarifying Temporary Injunction

**Exhibit 35**:  Bitmain's Motion for Issuance of a Show Cause Order, Motion for Contempt, and Motion for Sanctions

**Exhibit 36:**  Notice of Hearing on Motion for Issuance of a Show Cause Order, Motion for Contempt, and Motion for Sanctions

**Exhibit 37**:  Motion for Withdrawal – Lynn J. Klement

**Exhibit 38**:  Notice of Submission on Motion for Withdrawal

**Exhibit 39**:  Bitmain's Emergency Motion to Enforce Court Orders, Request Sanctions, and Application for Special Writ

**Exhibit 40:**  Notice of Hearing

**Exhibit 41**:  Order on Motion for Withdrawal of Counsel

**Exhibit 42**:  Suggestion of Bankruptcy

**Exhibit 43:**  Letter from Attorney Jurgensen dated August 6, 2025

**Exhibit 44**:  Letter from Attorney Sparks dated August 8, 2025

**Exhibit 45**:  Letter from Attorney Jurgensen dated August 8, 2025

**Exhibit 46**:  Jamieson Zaniewski's Combined Response to Bitmain's Motion for Sanctions and Motion to Enforce Court Orders, and Objection to Declaration of Douglas Roberson

Respectfully submitted,

By: */s/ Jacob Sparks*
**JACOB SPARKS**
Texas Bar No. 24066126
Email: Jacob.Sparks@NelsonMullins.com
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Tel: (469) 484-4758
Fax: (469) 828-7217

*Attorneys for Bitmain Technologies Georgia Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served through the Bankruptcy Court's electronic filing system on August 11, 2025, on persons who have appeared in this case.

By: */s/ Jacob Sparks*
Jacob Sparks