CAUSE NO. 25-F-0135

| | | |
|---|---|---|
| ORB ENERGY CO. | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | |
| BITMAIN TECHNOLOGIES | § | |
| GEORGIA LIMITED | § | 130th JUDICIAL DISTRICT |
| | § | |
| v. | § | |
| | § | |
| JAMIESON ZANIEWSKI a/k/a | § | |
| JAMIESON HILL | § | MATAGORDA COUNTY, TEXAS |

## ORDER TO EXTEND TEMPORARY INJUNCTION

On this day, the Court considered the Motion to Extend Temporary Restraining Order filed by Plaintiff, Orb Energy Co. ("*Orb*"), and Counter-Defendant, Jamieson Zaniewski ("*Zaniewski*" and, together with Orb, "*Plaintiffs*"). The Court, having considered the Motion, any response filed, the evidence presented, and the arguments of counsel, hereby finds that the Motion should be and is hereby GRANTED.

IT IS ORDERED that the Temporary Injunction dated May 6, 2025, is hereby extended and shall continue in full force and effect according to the terms and conditions therein until _August 5_, 2025 at _5:00_ am / ~~pm~~, at which time it shall expire except by further order of this Court or written agreement of the parties signed and filed in compliance with TEX. R. CIV. P. 11.

Signed on _July 2_, 2025

FILED
at 4:00 o'clock P M.

JUL 02 2025

JANICE L. HAWTHORNE
Clerk of District Court Matagorda Co., Texas
By _____ DEPUTY

HON. DENISE M. FORTENBERRY,
Presiding Judge