CAUSE NO. 25-F-0135

| | |
|---|---|
| **ORB ENERGY CO.** | IN THE DISTRICT COURT |
| v. | |
| **BITMAIN TECHNOLOGIES GEORGIA LIMITED** | 130TH JUDICIAL DISTRICT |
| v. | |
| **JAMIESON ZANIEWSKI a/k/a JAMIESON HILL** | MATAGORDA COUNTY, TEXAS |

## ORDER CLARIFYING TEMPORARY INJUNCTION

On May 6, 2025, the Court entered a Temporary Injunction in the above-referenced cause. The Temporary Injunction said it expired by its own terms on July 5, 2025. On July 2, 2025, the Court signed an Order to Extend Temporary Injunction extending the expiration date to August 5, 2025, at 5pm. The Temporary Injunction and the Order to Extend Temporary Injunction are incorporated herein by reference.

By the is Order, the Court clarifies that injunction.

IT IS THEREFORE ORDERED:

1. The "<u>extended</u> injunction period" shall be the period from July 2, 2025, to August 5, 2025 at 5:00 pm Central Time.

2. Orb shall be entitled to retain possession, operation, and control of the miners and containers for a period not to exceed the injunction period except by further order of the court or written agreement of the parties signed and filed in compliance with TRCP 11.

3. During the injunction period, Orb shall be entitled to:

    a. Continuing mining operations using the miners,

b. Sell any bitcoin mined for the limited purpose of generating revenue for Orb Energy to pay for the following operating expenses:

    i. Electricity,

    ii. Internet service,

    iii. Payroll expenses,

    iv. Insurance,

    v. Security and maintenance of the data center, and

    vi. Any other expense as approved by further order of the court or written agreement of the parties signed and filed in compliance with T.R.C.P. 11. 3. For avoidance of doubt, Orb may only use the bitcoin mined for the above-listed expenses generated from Bitmain's hosted servers and not for Orb's other business operations. During the injunction period, Orb shall be required to:

a. Provide Bitmain physical access to the data center and the servers upon twenty-four (24) hours written, emailed notice to Orb's counsel. Such notice shall include the name and copy of a photo ID of the Bitmain personnel who will be present. The Bitmain representative shall have physical access to all containers and hosted servers at the site and be able to use the bathrooms at the site.

b. Provide Bitmain accurate records of the proceeds and use of **ALL** bitcoin mined using Bitmain servers prior to the signing of this temporary injunction. This report is due on or before Friday, May 9, 2025 by 5:00 p.m. Within three days of the execution of this Order, Orb shall supplement by providing Bitmain an accounting of all bitcoin sold to date, and moving forward, Orb will provide a weekly accounting on or before every Friday before 5 p.m.

This report shall include, but is not limited to, the unredacted coinbase reports.

c. Keep and maintain accurate records of all bitcoin mined and sold using the miners starting with the day this temporary injunction is entered and provide the reports weekly to Bitmain counsel every Friday beginning on the first Friday following the entry of this temporary injunction, no later than 5:00 p.m. <u>This shall include all wallet addresses where any bitcoin mined by Orb using Bitmain's hosted servers has been stored. This shall include all wallet addresses where any bitcoin minded by Orb using Bitmain's hosted servers has been stored. This report shall be marked "Attorney Eyes Only."</u>

d. Keep and maintain accurate records of the use of all proceeds of mined bitcoin starting with the day this temporary injunction is entered and provide the reports weekly to Bitmain counsel every Friday beginning on the first Friday following the entry of this temporary injunction, no later than 5:00 p.m. Within 3 days of the signing of this Order, Orb shall supplement with all receipts for any expenses paid to date, and will for future reporting, provide all receipts for any expenses paid, including but not limited to payroll simultaneously with the report provided every Friday no later than 5 p.m.

e. Notify Bitmain of any damage or loss of any servers or equipment within two (2) hours of Orb discovering damage or loss.

f. Allow Bitmain to install any software on the miners that Bitmain requires to remotely view the operational status of servers, provided however that Bitmain shall not install any such software that in any way interferes with or prevents Orb from mining or selling bitcoin as authorized under this Order. To be clear, Bitmain shall be allowed to install its AntSentry software on the hosted servers, and Bitmain shall be prohibited from redirecting the hash rate.

    g. Continue to provide electricity and water to the site and be responsible for site security, environment safety and stable daily operation of the Data Center Facility.

4. During the injunction period, Bitmain shall be required to:

    a. Provide any and all operational and maintenance support necessary to ensure the proper function of the miners.

    b. Provide email and telephone contact information to Orb and Bitmain counsel of the designated Bitmain contact(s) to receive emergency or maintenance notifications from Orb no later than forty-eight (48) hours after this temporary injunction is entered.

5. During the term of this injunction, no party shall be entitled to sell, transfer, convey, or encumber the miners or the containers except by further order of this Court or written agreement of the parties signed and filed in compliance with Tex. R. Civ. P. 11.

6. This order shall expire on or before August 6, 2025, at 5:00 pm Central Time except by further order of this Court or written agreement of the parties signed and filed in compliance with Tex. R. Civ. P. 11.

IT IS ORDERED that the bond previously paid by Bitmain in connection with the Temporary Injunction shall be serve as bond for this Temporary Injunction.

SIGNED July 24, 2025 at 4:14 AM/PM.

_____
Honorable Denise M. Fortenberry
Presiding Judge

FILED
at 10:10 o'clock A M.

JUL 25 2025

JANICE L. HAWTHORNE
Clerk of District Court, Matagorda Co., Texas
By_____ DEPUTY