IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: | § | |
| ORB Energy Co., | § | Case No.: 25-80363 |
| Debtor | § | Chapter: 11 |
| | § | |
| ORB Energy Co. | § | |
| | § | |
| v. | § | |
| | § | |
| Bitmain Technologies | § | |
| Georgia Limited | § | Adversary No.: 25-08003 |
| | § | |
| v. | § | |
| | § | |
| Jamieson Zaniewski A/K/A | § | |
| Jamieson Hill | § | |

**<u>NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY IN CHARGE</u>**

TO THE HONORABLE ALFREDO R. PEREZ, UNITED STATES BANKRUPTCY JUDGE:

      Plaintiff, ORB Energy Co. ("***Orb***") and Third-Party Defendant, Jamieson Zaniewski ("***Zaniewski***") file this Notice of Appearance and designate Ky Jurgensen as their lead attorney in charge. Mr. Jurgensen is a member in good standing with the State Bar of Texas and is admitted to practice before this Court. Mr. Jurgensen will be responsible for the lawsuit and will be the attorney to receive all communications from the Court and from other parties for Orb and Zaniewski.

Respectfully submitted,

**BOYARMILLER**

By: _____
KY JURGENSEN
kyjurgensen@boyarmiller.com
S.D. Tex. Bar No.: 1339700
Texas Bar No.: 24071804
2925 Richmond Ave., 14th Floor
Houston, Texas 77098
T: (713) 850-7766
(713) 552-1758 (Fax)

**ATTORNEYS FOR ORB ENERGY CO. AND JAMIESON ZANIEWSKI**

### CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2025, a true and correct copy of the foregoing document was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

/s/ Ky Jurgensen
Ky Jurgensen