IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| IN RE: § | | |
| ORB Energy Co., § | | Case No.: 25-80363 |
| Debtor § | | Chapter: 11 |

| | | |
|---|---|---|
| ORB Energy Co. § § § | | |
| v. § § | | |
| Bitmain Technologies § Georgia Limited § § | | Adversary No.: 25-08003 |
| v. § § | | |
| Jamieson Zaniewski A/K/A § Jamieson Hill § | | |

**PLAINTIFF AND THIRD-PARTY DEFENDANT
STATEMENT UNDER FED. R. BANKR. P. 9027(e)**

TO THE HONORABLE ALFREDO R. PEREZ, UNITED STATES BANKRUPTCY JUDGE:

Plaintiff, ORB Energy Co. ("***Orb***") and Third-Party Defendant, Jamieson Zaniewski ("***Zaniewski***") file this Statement under FED. R. BANKR. P. 9027(e) and would show the Court as follows:

1. On August 11, 2025, Defendant/Third-Party Plaintiff, Bitmain Technologies Georgia Limited ("***Bitmain***") filed a Notice of Removal in connection with Cause No. 25-F-0135, Orb Energy Co. v. Bitmain Technologies Georgia Limited, 130th District Court, Matagorda County, Texas ("***State Court Case***"). (ECF No. 1).

2. Orb is the Plaintiff in the State Court Case.

3. Zaniewski is named as a Third-Party Defendant in the State Court Case.

4. Pursuant to FED. R. BANKR. P. 9027(e) and Local Rule 9027-3, Orb and Zaniewski do not consent to the bankruptcy court's entry of a final order or judgment.

Respectfully submitted,

**BOYARMILLER**

By: _____
KY JURGENSEN
kyjurgensen@boyarmiller.com
S.D. Tex. Bar No.: 1339700
Texas Bar No.: 24071804
2925 Richmond Ave., 14th Floor
Houston, Texas 77098
T: (713) 850-7766
(713) 552-1758 (Fax)

**ATTORNEYS FOR JAMIESON ZANIEWSKI**

## CERTIFICATE OF SERVICE

The undersigned certifies that on August 25, 2025, a true and correct copy of the foregoing document was served electronically on all parties registered to receive electronic notice of filings in this case via this Court's ECF notification system.

*/s/ Ky Jurgensen*
Ky Jurgensen