IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Orb Energy Co., | § | Case No. 25-80363 |
| | § | |
| *Debtor.* | § | |
| | § | |
| Orb Energy Co., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Adv. No. 25-08003 |
| | § | |
| Bitmain Technologies Georgia Limited, | § | |
| | § | |
| *Defendant,* | § | |
| | § | |
| Bitmain Technologies Georgia Limited, | § | |
| | § | |
| *Counter-Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | |
| Orb Energy Co. and Jamieson Zaniewski a.k.a. Jamieson Hill, | § | |
| | § | |
| *Counter-Defendants.* | § | |

**STIPULATION TO EXTEND BITMAIN TECHNOLOGIES GEORGIA
LIMITED'S DEADLINE TO RESPOND TO JAMIESON ZANIEWSKI'S
MOTION FOR ABSTENSION UNDER 28 U.S.C § 1334(C)**

1

Bitmain Technologies Georgia Limited ("**Bitmain**") and Jamieson Zaniewski hereby stipulate that Bitmain's deadline to respond to *Jamieson Zaniewski's Motion for Abstention under 28 U.S.C. § 1334(c)* [ECF No. 10] is extended to October 17, 2025.

| | |
|---|---|
| **NELSON MULLINS RILEY & SCARBOROUGH, LLP** | **BOYARMILLER** |
| */s/ Jacob Sparks* | */s/ Ky Jurgensen* |
| **JACOB SPARKS** | **KY JURGENSEN** |
| Texas Bar No. 24066126 | Texas Bar No. 24071804 |
| Jacob.Sparks@NelsonMullins.com | kyjurgensen@boyarmiller.com |
| 5830 Granite Parkway, Suite 1000 | 2925 Richmond Ave., 14th Floor |
| Plano, Texas 75024 | Houston, Texas 77098 |
| Tel: (469) 484-4758 | Tel: (713) 850-7766 |
| Fax: (469) 828-7217 | Fax: (713) 552-1758 |
| *Attorney for Bitmain Technologies Georgia Limited* | *Attorney for Jamieson Zaniewski* |