United States Bankruptcy Court
Southern District of Texas

**ENTERED**

March 06, 2026

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **Orb Energy Co.,** | § | **Case No. 25-80363** |
| | § | |
| *Debtor.* | § | |
| | § | |
| | § | |
| **Orb Energy Co.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Adv. No. 25-08003** |
| | § | |
| **Bitmain Technologies Georgia Limited,** | § | |
| | § | |
| *Defendant,* | § | |
| | § | |
| | § | |
| **Bitmain Technologies Georgia Limited,** | § | |
| | § | |
| *Counter-Plaintiff,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **Orb Energy Co. and Jamieson Zaniewski a.k.a. Jamieson Hill,** | § | |
| | § | |
| *Counter-Defendants.* | § | |
| | § | |

## ORDER REGARDING BITMAIN TECHNOLOGIES GEORGIA LIMITED'S MOTION TO FILE APPENDIX CONTAINING DOCUMENTS DESIGNATED BY ORB ENERGY CO. AS ATTORNEY EYES ONLY AND CONFIDENTIAL UNDER SEAL

Before the Court is *Bitmain Technologies Georgia Limited's Motion to File Appendix Containing Documents Designated by Orb Energy Co. as Attorney Eyes Only and Confidential Under Seal* (the "**Motion**") in which Bitmain Technologies Georgia Limited ("**Bitmain**") respectfully moves the Court for an order permitting Bitmain to file under seal the *Appendix to Bitmain Technologies Georgia Limited's (I) Motion to Compel Arbitration and Stay Case* and *(II) Motion to Withdraw the Reference under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011 and Bankruptcy Local Rule 5011-1* [ECF Nos. 24-1 and 25-1] (the "**Appendix**").

As set forth in the Motion, Bitmain filed the Appendix under seal only because certain documents contained therewithin were produced and designated as "Attorneys Eyes Only" and "Confidential" by Orb Energy Co. ("**Orb**") in the related state court proceeding. However, no protective order was entered in the state court proceeding that would provide a legal basis for such designations. Bitmain does not agree with nor concede the validity of Orb's designations; rather, Bitmain filed the Motion and the unredacted Appendices under seal only out of an abundance of caution and in compliance with Local Rule 9037-1.

It is hereby **ORDERED** that

___XX___ The Appendix will remain sealed; or

_____ The Clerk is directed to unseal the Appendix.


Signed: March 06, 2026

Alfredo R Pérez
United States Bankruptcy Judge

2

Order prepared by:

*/s/ Jacob Sparks*
**JACOB SPARKS**
Texas Bar No. 24066126
Email: Jacob.Sparks@NelsonMullins.com
**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
5830 Granite Parkway, Suite 1000
Plano, Texas 75024
Tel: (469) 484-4758
Fax: (469) 828-7217

*Attorneys for Bitmain Technologies Georgia Limited*